# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

March 30, 2022

Lyle W. Cayce
Clerk

No. 19-40479
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

BRANDON SANCHEZ,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:18-CR-1122-1

Before SOUTHWICK, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:*

Brandon Sanchez pleaded guilty to a drug crime. He timely filed a notice of appeal. His attorney later moved to withdraw under *Anders v. California*, 386 U.S. 738 (1967). *See also United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Sanchez filed a *pro se* response objecting to his attorney's

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

No. 19-40479

motion to withdraw. We agree with defense counsel that there is no nonfrivolous basis for the appeal.

We briefly address one question implicated in the briefing: whether the district court erred by including in the written judgment supervised-release conditions from the presentence report's appendix and the district court's standing orders, which contain a list of standard conditions. The answer is no. *See United States v. Martinez*, 15 F.4th 1179, 1180–81 (5th Cir. 2021); *United States v. Aguilar-Cerda*, ____ F.4th ____, No. 20-10866, 2022 WL 712810, at *1 (5th Cir. Mar. 10, 2022).

Accordingly, counsel's motion for leave to withdraw is GRANTED, Sanchez's motion for appointment of counsel is DENIED, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.